In The United States District Court
For The Southern District of New York

United States of America,
    Plaintiff,

vs.

Lebithan Guzman
BOP Reg # 64401-054
    Defendant

Criminal Action
No. 11-CR-576 (WHP) PKC

*No good cause having been shown, the application DENIED without prejudice to the right to purchase a transcript. SO ORDERED*

/s/ [signature]
USDJ
7-21-22

## Defendant's Motion For Copy of Sentencing Proceedings Transcript

Comes Now the defendant, Lebithan Guzman, by and through pro-se and respectfully moves the Honorable Court for an order granting his request to obtain a Certified copy of his Sentencing Transcripts that is already on file with The office of the Clerk of this Court. The defendant is currently indigent but if costs associated with being provided a certified copy of defendant's sentencing transcript is limited to cost per page for copying and/or certified Stamp by The Clerk, the defendant could have a family member make such payment.

Mailed to defendant 7/21/22

Wherefore, the defendant prays that the Court grant his Motion to obtain a copy of his Sentencing Proceeding Transcript.

Respectfully submitted, this ___ day of April, 2020.

_____

Lebithan Guzman
Reg # 64401-054
United States Penitentiary
P.O. Box 7000
Florence, Colorado 81226

Mailed to Mr. Guzman on 7/21/2022 to:

LEBITHAN GUZMAN, #64401-054
USP ATWATER
U.S. PENITENTIARY
P.O. BOX 019001
ATWATER, CA 95301